320

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* DAVID CHARLES McCRAY, Defendant-Appellant.

(No. 71-183; )

Second District—September 12, 1972.

Opinion by Mr. JUSTICE ABRAHAMSON.

William R. Beu, Public Defender, of Rockford, (Frank P. Vella, Jr., Assistant Public Defender, of counsel,) for appellant.

Philip G. Reinhard, State's Attorney, of Rockford, (Robert R. McWilliams, Assistant State's Attorney, of counsel,) for the People.